The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIACHESLAV VOROBEV,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Defendants. | CASE NO. 2:26-cv-02197-BAT<br>STIPULATED MOTION TO STAY CASE AND ORDER<br>NOTED FOR CONSIDERATION: SEPTEMBER 3, 2026 |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 15, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for September 16, 2026. USCIS will work diligently towards completing adjudication of the Form I-589 application within 120 days after the interview,



**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665

absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS fourteen days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents fourteen days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to his interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 15, 2027, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

//

//

//

//

//



**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665

DATED this 3rd day of September, 2026.

Respectfully submitted,

*s/ Natalia Rasulova*
NATALIA RASULOVA
New York State Bar ID # 5973904
Dreamigration PLLC
9805 NE 116th ST., #7448
Kirkland, WA 98034
Phone: (206) 590-1122
Email: natalia@dreamigration.us

*s/ Myrna I. Luna*
MYRNA I. LUNA, WSBA No. 57440
Crescent Law, PLLC
4957 Lakemont Blvd SE, Suite C-4328
Bellevue, WA 98006
Phone: (425) 832-2030
Email: attorney@crescent-law.com

*Attorneys for Plaintiff*

*s/ Shaun Pehl*
SHAUN PEHL, WA No. 45534
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3665
Fax: 206-553-4073
Email: shaun.pehl@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 318 words, in compliance with the Local Rules.*

**ORDER**

Proceedings in the case are stayed until January 15, 2027. The parties shall submit a status update on or before January 15, 2027. It is so **ORDERED**.

Dated this ___3rd____ day of ________September________, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge



**UNITED STATES ATTORNEY**
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253-428-3665